IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S. BLAKE MURCHISON, and WILLIS SHAW,<br><br>    Plaintiffs,<br><br> vs.<br><br>HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., CHARLES L. ATWOOD, JEFFREY BENJAMIN, DAVID BONDERMAN, ANTHONY CIVALE, JONATHAN COSLET, KELVIN DAVIS, JEANNE P. JACKSON, GARY W. LOVEMAN, KARL PETERSON, ERIC PRESS, MARC ROWAN, LYNN C. SWANN, and CHRISTOPHER J. WILLIAMS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 09-00020-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard E. Walden of Cauley Law Firm, PLLC, 8201 Cantrell Road, Suite 315, Little Rock, Arkansas 72227, to represent plaintiffs in this matter.

DATED:  February 11, 2009    ROSENTHAL, MONHAIT & GODDESS, P.A.

                   */s/ P. Bradford deLeeuw*
                 Joseph A. Rosenthal (Delaware Bar No. 234)
                 P. Bradford deLeeuw (Delaware Bar No. 3569)
                 919 N. Market Street, Suite 1401
                 P. O. Box 1070
                 Wilmington, DE  19899
                 (302) 656-4433
                 jrosenthal@rmgglaw.com
                 bdeleeuw@rmgglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S. BLAKE MURCHISON, and WILLIS SHAW, <br><br> Plaintiffs, <br><br> vs. <br><br> HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., CHARLES L. ATWOOD, JEFFREY BENJAMIN, DAVID BONDERMAN, ANTHONY CIVALE, JONATHAN COSLET, KELVIN DAVIS, JEANNE P. JACKSON, GARY W. LOVEMAN, KARL PETERSON, ERIC PRESS, MARC ROWAN, LYNN C. SWANN, and CHRISTOPHER J. WILLIAMS, <br><br> Defendants. | C.A. No. 09-00020-SLR |

## **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Richard E. Walden is granted.

Dated: _____, 2009

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S. BLAKE MURCHISON, and WILLIS SHAW, <br><br>  Plaintiffs, <br><br> vs. <br><br> HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., CHARLES L. ATWOOD, JEFFREY BENJAMIN, DAVID BONDERMAN, ANTHONY CIVALE, JONATHAN COSLET, KELVIN DAVIS, JEANNE P. JACKSON, GARY W. LOVEMAN, KARL PETERSON, ERIC PRESS, MARC ROWAN, LYNN C. SWANN, and CHRISTOPHER J. WILLIAMS, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 1:09-cv-00020-UNA ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Arkansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: February 3, 2009

_[signature]_
RICHARD E. WALDEN
CAULEY LAW FIRM, PLLC
8201 CANTRELL RD., SUITE 315
Little Rock, AR 72227