IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S. BLAKE MURCHISON and WILLIS SHAW,<br><br>                Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., CHARLES L. ATWOOD, JEFFREY BENJAMIN, DAVID BONDERMAN, ANTHONY CIVALE, JONATHAN COSLET, KELVIN DAVIS, JEANNE P. JACKSON, GARY W. LOVEMAN, KARL PETERSON, ERIC PRESS, MARC ROWAN, LYNN C. SWANN and CHRISTOPHER J. WILLIAMS,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 09-20-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, and subject to the approval of the Court, that the time within which Defendants shall move, answer or otherwise respond to the Amended Complaint is extended through and including April 22, 2009.

| | |
|---|---|
| */s/ Joseph A. Rosenthal* | */s/ Kelly E. Farnan* |
| Joseph A. Rosenthal (#234) | Thomas A. Beck (#2086) |
| jrosenthal@rmgglaw.com | Beck@rlf.com |
| P. Bradford deLeeuw (#3569) | Gregory P. Williams (#2168) |
| bdeleeuw@rmgglaw.com | Williams@rlf.com |
| Rosenthal, Monhait & Goddess, P.A. | Kelly E. Farnan (#4395) |
| 919 North Market Street, Suite 1401 | Farnan@rlf.com |
| P.O. Box 1070 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19899 | One Rodney Square, P.O. Box 551 |
| (302) 656-4433 | Wilmington, DE 19899 |
| | (302) 651-7700 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated: March 10, 2009 | Dated: March 10, 2009 |

SO ORDERED this _____ day of March, 2009.

_____
United States District Judge

RLF1-3375456-1