IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S. BLAKE MURCHISON and WILLIS SHAW, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 09-20-SLR ) |
| HARRAH'S ENTERTAINMENT, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

At Wilmington this 31st day of March, 2010, having reviewed plaintiffs' motion for an award of attorney fees and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 27) is absolutely denied. In this case, plaintiffs filed a complaint (D.I. 1); defendants filed a motion to dismiss (D.I. 11); rather than respond to the motion, plaintiffs filed a first amended complaint (D.I. 15); defendants filed another motion to dismiss (D.I. 18); plaintiffs then stipulated to a dismissal of the action (D.I. 22). Plaintiffs now would have the court review the merits of their case and speculate on the effects thereof for purposes of awarding them substantial fees. The court declines to award fees based on such a record.

United States District Judge