OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

April 29, 2010

**NOTICE OF DOCKETING OF APPEAL**

**S. Murchison, et al v. Charles Atwood, et al**

**District Court No.: 1-09-cv-00020**

**Honorable Sue L.. Robinson**

An appeal by Willis Shaw, S. Blake Murchison was filed in the above-captioned case on **04/09/2010**, and docketed in this Court on **04/29/2010**, at No. **10-2050**.

Kindly use the Appeals Docket No. **10-2050** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager, **Shannon L. Craven**, and to the e-mail account **CA03db_DED Appeals**. Please notify the Case Manager at Shannon_Craven@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.