# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-2050

S. Murchison, et al v. Harrahs Entertainment, et al

1-09-cv-00020

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

| | |
|---|---|
| Dated: | November 16, 2010 |
| SLC/cc: | Thomas A. Beck Esq. |
| | Stuart A. Davidson Esq. |
| | Kelly E. Farnan Esq. |
| | Amanda M. Frame Esq. |
| | Kevin K. Green Esq. |
| | Cullin A. O'Brien Esq. |
| | Jonathan M. Stein Esq. |
| | Gregory P. Williams Esq. |

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.